NUMBER 13-05-617-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

         IN RE: 
KAPLAN HIGHER EDUCATION CORPORATION 

                             AND LETICIA VENTURA

________________________________________________  _________________

 

                      On Petition for Writ of
Mandamus ___________________________________________________________________

 

                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Garza


                            Per Curiam Memorandum Opinion[1]

 








Relators, Kaplan
Higher Education Corporation and Leticia Ventura, filed a petition for writ of mandamus in the above cause on September 29, 2005.  The Court, having examined and fully
considered the petition for writ of mandamus, the response filed by real parties in interest,[2]
relators' reply, real parties' surreply, the record, and the supplemental
record, is of the opinion that relators have not shown themselves entitled to
the relief sought.  Accordingly, the
petition for writ of mandamus is DENIED. 
See Tex. R. App. P. 52.8(a).

Furthermore, the temporary stay granted on November
22, 2005, is lifted.

 

PER CURIAM

 

Memorandum Opinion delivered and filed

this 10th day of January, 2006.











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).





[2]The real parties in interest are
the plaintiffs below.  They include Luis
Rios, Ricardo Arguello, Jesus A. Barraza, Luis A. Briceno, Jorge L. Carpio,
Arturo Casas, Hector de la Fuente, Johnny de la Rosa, Sergio F. Del Angel,
Israel Esquivel, Gilberto Garcia, Ismael Garcia, Javier Garcia, Jr., Santos
Garza, Pedro Garza, Jr., Jesus E. Gonzalez, Rudy Guajardo, Noel J. Hernandez,
Eric Hernandez, Arturo Longoria, Raul Madrigal, Antonio Martinez, Jose M. Moya,
Miguel Orocio, Jr., Jorge L. Perez, Rafael Perez, Edgar Quiroga, Juan
Rodriguez, Martin Salinas, Jesus G. Solis, Isidro Venecia, Jr., Juan Carlos
"Charlie" Garcia, Torribio Cortina, III, Antero Villanueva, Albert
Munoz, Jr., Jose R. Alanis, Alfredo Zepeda, Jr., Ruben Morales, Jose Ponce,
Jr., Mario Moreno, Samuel Rodriguez, Jr., Juan Jose Rodriguez, Jacob Molina,
Roberto Cazares, and Ricardo Garcia.